■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFERY C. SAPP, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered December 9, 2005. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.

■ In the Matter of BOBBIE S.B., an Infant. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SUSAN L.B., Appellant. (Appeal No. 1.) [874 NYS2d 857]—Appeal from an order of the Family Court, Allegany County (James E. Euken, J.), entered April 25, 2008 in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed the subject child in the custody and care of petitioner until the completion of the next permanency hearing.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.

■ In the Matter of MAKAIO L.B. and Another, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; MICHAEL B., Appellant. [874 NYS2d 857]—Appeal from an order of the Family Court, Monroe County (Gail A. Donofrio, J.), entered October 5, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.